[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 21-10883
Non-Argument Calendar
_____

D.C. Docket No. 4:03-cr-00016-MW-MAF-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HERNANDEZ LOPAZ DANIELS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(September 3, 2021)

Before JILL PRYOR, BRANCH and LUCK, Circuit Judges.

PER CURIAM:

Randolph Murrell, counsel for Hernandez Lopaz Daniels in this appeal of the denial of his motion for a sentence reduction under the First Step Act of 2018, Pub. L. No. 115-391, § 404(b), 132 Stat. 5194, 5222 ("First Step Act"), has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of Daniels's motion for a sentence reduction under the First Step Act is **AFFIRMED**.